| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785<br>Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant<br>MARIA GUTIERREZ-BLANCA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-176-JAM |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE** |
| v. | ) ) | **AND EXCLUDING TIME** |
| MARIA GUTIERREZ-BLANCA, | ) ) | Date: October 18, 2011<br>Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIA GUTIERREZ-BLANCA, that the status conference hearing date of October 18, 2011 be vacated, and the matter be set for status conference on November 1, 2011 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November

///

///

///

1, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 12, 2011.                                      Respectfully submitted,

                                                                       DANIEL J. BRODERICK
                                                                       Federal Public Defender

                                                                       /s/ Courtney Fein
                                                                       COURTNEY FEIN
                                                                       Assistant Federal Defender
                                                                       Designated Counsel for Service
                                                                       Attorney for MARIA GUTIERREZ-BLANCA

DATED: October 12, 2011.                                      BENJAMIN WAGNER
                                                                       United States Attorney

                                                                       /s/ Michele Beckwith
                                                                       MICHELE BECKWITH
                                                                       Assistant U.S. Attorney
                                                                       Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 18, 2011, status conference hearing be continued to November 1, 2011, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 1, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 12, 2011.                                      /s/ John A. Mendez
                                                                       JOHN A. MENDEZ
                                                                       United States District Judge