1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   MARIA GUTIERREZ-BLANCA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-176-JAM |
| Plaintiff, | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| MARIA GUTIERREZ-BLANCA, | ) | Date: December 6, 2011 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIA GUTIERREZ-BLANCA, that the status conference hearing date of November 1, 2011 be vacated, and the matter be set for status conference on December 6, 2011 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December

/ / /

/ / /

/ / /

6, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 28, 2011.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Courtney Fein
                                            COURTNEY FEIN
                                            Assistant Federal Defender
                                            Designated Counsel for Service
                                            Attorney for MARIA GUTIERREZ-BLANCA

DATED: October 28, 2011.                    BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Michele Beckwith
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 1, 2011, status conference hearing be continued to December 6, 2011, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 6, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   10/28/2011                         /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Judge