```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   MARIA GUTIERREZ-BLANCA
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-176-JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| MARIA GUTIERREZ-BLANCA, | ) | Date: January 24, 2012 |
| Defendant. | ) | Time: 9:30 a.m. |
|  | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIA GUTIERREZ-BLANCA, that the status conference hearing date of January 24, 2012 be vacated, and the matter be set for change of plea on February 7, 2012 at 9:30 a.m.

The reason for this continuance is that defense counsel will need additional time to review the updated Pre-Sentence Report once it is released this week, and that government's counsel will be engaged in trial on January 24, 2012.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January

///

///

///

10, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 17, 2012.                    Respectfully submitted,

                                                                    DANIEL J. BRODERICK
                                                                     Federal Public Defender

                                                                    /s/ Courtney Fein
                                                                    COURTNEY FEIN
                                                                    Assistant Federal Defender
                                                                    Designated Counsel for Service
                                                                    Attorney for MARIA GUTIERREZ-BLANCA

DATED: January 17, 2012.                    BENJAMIN WAGNER
                                                                    United States Attorney

                                                                    /s/ Michele Beckwith
                                                                    MICHELE BECKWITH
                                                                    Assistant U.S. Attorney
                                                                    Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 24, 2011, status conference hearing be continued to February 7, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the February 7, 2012, status conference/change of plea shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   1/17/2012                    /s/ John A. Mendez
                                                          JOHN A. MENDEZ
                                                          United States District Judge